**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ROSSIE DAVIS,                        :
                                     :
                        Plaintiff,   :    CIVIL ACTION
                                     :
        v.                           :    NO. 11-cv-3401
                                     :
STATE FARM INSURANCE,                :
                                     :
                        Defendant.   :


<u>**ORDER**</u>

    AND NOW, this    13th    day of December, 2012, upon
consideration of Defendant's Motion for Summary Judgment (Doc.
No. 46), Plaintiff's Cross-Motion and Response to Defendant's
Motion (Doc. No. 48), Defendant's Response to Plaintiff's Cross-
Motion (Doc. No. 51), and Plaintiff's Reply (Doc. No. 52), it is
hereby ORDERED that the Defendant's Motion is GRANTED in part and
DENIED in part.  Summary Judgment is GRANTED with respect to
Counts I, II and III of the Complaint, and DENIED with respect to
Count IV.  The Plaintiff's Cross-Motion is DENIED.


                              BY THE COURT:


                              s/J. Curtis Joyner
                              J. CURTIS JOYNER, C.J.