# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ROSSIE DAVIS,

        Plaintiff,

  v.

STATE FARM INSURANCE,

        Defendant.

CIVIL ACTION

NO. 11-cv-3401

**ORDER**

AND NOW, this 13th day of December, 2012, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 46), Plaintiff's Cross-Motion and Response to Defendant's Motion (Doc. No. 48), Defendant's Response to Plaintiff's Cross-Motion (Doc. No. 51), and Plaintiff's Reply (Doc. No. 52), it is hereby ORDERED that the Defendant's Motion is GRANTED in part and DENIED in part. Summary Judgment is GRANTED with respect to Counts I, II and III of the Complaint, and DENIED with respect to Count IV. The Plaintiff's Cross-Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.