# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROSSIE DAVIS, | : | |
| Plaintiff, | : | CIVIL ACTION |
| v. | : | NO. 11-cv-3401 |
| STATE FARM INSURANCE, | : | |
| Defendant. | : | |

**ORDER**

AND NOW, this 28th day of February, 2013, upon consideration of Plaintiff's Motion Requesting Amendment of the Court's 12/13/2012 Order to Contain Language from 28 U.S.C. § 1292(b) Allowing Plaintiff to Petition the United States Court of Appeals for the Third Circuit for Immediate Interlocutory Appeal (Doc. No. 55), and Defendant's Response thereto (Doc. No. 56), and for the reasons set forth in the attached Memorandum, it is hereby ORDERED that the Plaintiff's Motion is DENIED.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.